IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TRUSTEES OF THE PLUMBERS AND )
PIPEFITTERS NATIONAL PENSION FUND, )
)
    Plaintiff, )
)
v. ) Civil Action No.: 1:12-cv-298
)
LAKE SIDE PLUMBING & HEATING, INC., )
)
    Defendants. )

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated November 20, 2012 recommending entry of default against Defendant Lake Side Plumbing & Heating, Inc. The Defendant has not filed any objections to the Report and Recommendation. Based on a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. The damages consist of $239,244.00 for withdrawal liability, $47,848.80 in liquidated damages, $6,774.21 in interest accrued from the date due through September 14, 2012, and $2,701.29 in attorney's fees and costs. Thus, it is hereby,

ORDERED that judgment is entered against Defendant Lake Side Plumbing & Heating, Inc. in the amount of $296,568.30.

It is further ORDERED that the Clerk of Court is directed to enter judgment against Defendant.

December 10, 2012
Alexandria, Virginia

                                           /s/
                                  Liam O'Grady
                                  United States District Judge